UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 SEP -2 PM 3: 36

_____ GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA )
) CR. No. 05-20056 Ma
vs. )
)
PATRICK DOUGLAS, )

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

Thomas A. Colthurst applies to the Court for a Writ to have PATRICK DOUGLAS, DOB 08/05/1972, SS# 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 now being detained in the <u>West Tennessee State Penitentiary,</u> appear before the Honorable Diane K. Vescovo on <u>6th,</u> <u>September, 2005,</u> at 9:30 for an Initial Appearance and for such other appearances as this Court may direct.

Respectfully submitted this __2nd__ day of September, 2005.

Thomas A. Colthurst
Assistant U. S. Attorney

Upon consideration of the foregoing Application,

DAVID JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN

DAVID MILLS, SHERIFF/WARDEN, WEST TENNESSEE STATE PENITENTIARY

YOU ARE HEREBY COMMANDED to have PATRICK DOUGLAS appear before the Honorable Tu M. Pham at the date and time aforementioned.

ENTERED this __2__ day of __September,__ 2005.

TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __9-15-05__

144

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 144 in case 2:05-CR-20056 was distributed by fax, mail, or direct printing on September 15, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT